BGM/PJS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 1:14-CR- 177 |
| v. | : |
| | : |
| DAWILL ALMONTE, | : (JUDGE Caldwell) |
| JERIEL DELOSANGELES, | : |
| DANILO VARGAS, | : |
| | : |
| Defendants. | : |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT I
### (Possession of Fifteen or More Counterfeit or Unauthorized Access Devices)

On or before November 19, 2013, in York County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**DAWILL ALMONTE,**
**JERIEL DELOSANGELES, AND**
**DANILO VARGAS,**

did knowingly and with the intent to defraud, possessed counterfeit and unauthorized access devices to wit: 62 counterfeit credit cards, said possession affecting interstate and foreign commerce and did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 1029(a)(3) and Title 18, United States Code, Section 2.

A TRUE BILL

*Peter J. Smith by ⟨sgn⟩*
PETER J. SMITH
United States Attorney

_____
Foreperson

7/16/14
Date