**FILED**
HARRISBURG, PA

IN THE UNITED STATES DISTRICT COURT                 JUL **3 1** 2014
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO.   1:14-CR-177 |
| | : | |
| v. | : | (Judge Caldwell ) |
| DANILLO VARGAS, | : | (Chief Magistrate Judge Carlson) |
| Defendant | : | |

## MOTION FOR DETENTION

AND NOW comes the United States of America, by its undersigned counsel and,

pursuant to Title 18 United States Code, § 3142, hereby requests detention of the

above-named defendant, and sets forth in support thereof:

_____ 1.    That the government is entitled to a detention hearing based upon the

following:

_____ a.    Defendant is charged with a crime of violence as defined in Title

18 U.S.C. § 3156 or an offense listed in Title 18 U.S.C. §

2332(g)(5)(B) for which a maximum term of imprisonment of 10

years or more is prescribed, see 18 U.S.C. § 3142(f)(1)(A); or

_____ b.    Defendant is charged with an offense for which the maximum

sentence is life imprisonment or death, see 18 U.S.C. §

3142(f)(1)(B); or

_____ c.    Defendant is charged with an offense for which a maximum term of

imprisonment of 10 years or more is prescribed in the Controlled

Substances Act (Title 21,   U.S.C., § 801 et seq.), or Section 1 of

the Act of September 15, 1980 (Title 21, U.S.C., § 955a), see 18

U.S.C. § 3142(f)(1)(C); or

_____ d.    Defendant is presently charged with a felony and has been

convicted of two or more offenses described in subparagraph a-c

above, or two or more state or local offenses that would have been

offenses described in subparagraphs a-c above if a circumstance

giving rise to federal jurisdiction had existed or a combination of

such offenses, see 18 U.S.C. § 3142(f)(1)(D); or

_____ e.    Defendant is charged with a felony that is not otherwise a crime of

violence that involves a minor victim or that involves the

possession or use of a firearm or destructive device, or involves a

failure to register under § 2250 of Title 18, United States Code. See 18 U.S.C. § 3142(f)(1)(E).

__X__ f.   That a serious risk exists that defendant will flee, see 18 U.S.C. § 3142(f)(2)(A) or

_____ g.   That a serious risk exists that defendant will obstruct or attempt to obstruct justice or threaten injure or intimidate or attempt to threaten injure or intimidate, a prospective witness or   juror. See 18 U.S.C. § 3142(f)(2)(B)

_____ 2.   That a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the safety of any other person and the community, in that:

_____ a.   That defendant has been convicted of a federal offense described in subsection 1(a)-(d) above, or of a state or local offense that would have been an offense described in subsection 1(a)-(d) above if a circumstance giving rise to federal jurisdiction had existed;

3

_____ b.   That the offenses described in paragraphs 1(a)-(d) above were

committed while defendant was on release pending trial for a

federal, state or local offense; and

_____ c.   A period of not more than five years has elapsed since the date of

defendant's conviction or release from imprisonment  for the

offenses described in paragraph 1(a)-(d) whichever is later. See 18

U.S.C. § 3142(e).

_____ 3.   That a rebuttable presumption arises that no condition or combination of

conditions will reasonably assure the appearance of defendant as required

and the safety of the community, in that:

_____ a.   Defendant committed an offense for which a maximum term of

imprisonment of ten years or more is prescribed in the Controlled

Substances Act (Title 21, U.S.C., § 951 et. seq.), Section 1 of the

Act of September 15, 1980 (Title 21, U.S.C., § 955a; or

_____ b.   Defendant committed an offense under Title 18, U.S.C., § 924(c),

that is, defendant did during and in relation to any crime of

violence or drug trafficking crime use or carry a firearm; or

_____ c.     Defendant committed an offense under Title 18, U.S.C. §

2332b(g)(5)(B) for which a maximum term of imprisonment of ten

years or more is prescribed, or an offense involving a minor victim

under Title 18, U.S.C., §§ 1201, 1591, 2241-42, 2244-45, 2251-52,

2260, 2421-23 or 2425.   See 18 U.S.C. § 3142(e)(3)(C) and (E).

_X___ 4.     The Government further submits that no condition or combination of

conditions will reasonably assure the appearance of defendant as required

and the safety of any other person and the community because:

__X__ a.     Defendant is a danger to any other person or the community,

and/or;

__X__ b.     Defendant is a flight risk.

__X__ 5.     The defendant is currently in custody on other matters.   The United

States requests the entry of a detention order at this time without prejudice

to a full detention hearing in the event that the defendant's custodial status

changes.

_____ 6.     The United States requests a continuance of three days in which to prepare

for a hearing on this motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

Dated: July 31, 2014          BY:   _____
                                    BRIAN G. MCDONNELL
                                    Special Assistant United States Attorney
                                    Brian.McDonnell@usdoj.gov
                                    PA83031
                                    228 Walnut Street, Suite 220
                                    P.O. Box 11754
                                    Harrisburg, PA 17108-1754
                                    Phone: (717) 221-4482
                                    Fax: (717)221-2246

6