Danilo Vargas
Perry County Prison
300 South Carlisle Street
New Bloomfield, PA 17068

FILED
HARRISBURG, PA
APR 0 7 2015

April 2, 2015

RE: United States of America v. Danilo Vargas
NO: 1:14-CR-177

To: Office of the Clerk of U.S District Court.

To Whom it may Concern, I am in need of a copy of the date of arrest and apprehention for another legal matter. I need proof that I've been incarcerated since my indictment on July 31st, 2014.
I am currently at Perry County Prison.

Thank you in advance, Danilo Vargas.

Danilo Vargas
Perry County Prison
PC 300 South East Carlisle Street
3 West Bloomfield Carlisle, PA 17084
New Bloomfield, PA 17068

RECEIVED
APR 07 2015
PER _____
HARRISBURG, PA
DEPUTY CLERK

HARRISBURG PA 171
03 APR 2015 PM 8 T



Office of the Clerk of the U.S District Court
U.S. Courthouse
228 Walnut St
P.O Box 983
17108-0983 Harrisburg, PA 17108